

ALIEN PREVAILING WAGE DETERMINATION, INC.

63 Paisley Park
Sumter, South Carolina 29150
Telephone: 803-773-5886 Facsimile: 803-775-2963

# List of Documentation Supporting the Prevailing Wage for the *Architectural Designer in* Boston, MA

- **APWD's summary report.**

- **Survey Cover Sheet** from *Dietrich 2018 Architectural Survey,* released 03/18/2018. The DOL no longer accepts the American Institute of Architects (AIA) Compensation Report, which is the premier compensation source for the profession, used for prevailing wage purposes for over 20 years. Dietrich's, because its data collection is definitively cross-industry and cross-sector sampling, is one of the few sources of architect salaries now accepted. It is produced annually, released on the date of the data extraction for this case. Dietrich surveys were being used for prevailing wage services when I performed my first prevailing wage assessment in 1993. I interviewed the State Wage Analysts for each state/commonwealth, and almost all used Dietrich data. This survey meets the DOL's regulatory criteria for acceptable, employer-provided wage data to support a prevailing wage determination as enumerated in 20 CFR Section 656.40(g). It has been reviewed and accepted by the Department of Labor for purpose of the LCA certifications under the H-1B and Prevailing Wage Determinations under the PERM programs.

- **Survey Preface** - information about the survey's contents.

- **Survey Methodology** - information about data collection and terminology.

- **Level Guide** - includes a job description for the Junior Designer - A, which is the appropriate level for a Bachelor's and 0-3 years of experience.

- **Tabulated data** — the weighted average base annual salary of *Architectural Junior Designer A* from 3 firms, is cited. In the AIA survey, the *Architectural Designer* job descriptions have previously read, "See *Architect*" for each pertinent level of *Architectural Designer*. In some jurisdictions, the use of "Architect" or any derivation of the word is not permitted for employees who are not licensed. Oddly, the contemporary "Architects'" names that most of us would recognize are not licensed architects. Some American architects are educated overseas and develop their craft overseas. They may return to the U.S. with solid resumes, yet no AIA license. The AIA and Mr. Dietrich have struggled to determine acceptable nomenclature to represent such personnel, with practitioners of architecture quite resistant to titles such as "Drafter" and "Intern". The Dietrich survey provides both

"Architect" and "Designer" titles. Survey administrators agree that there is no clear distinction between an *Architect* and an *Architectural Designer*, at the same level, but using one title in exclusion of the other would result in lost data. The AIA currently lists its positions as "Architect/Designer", for each level. Some do choose to specialize in the complex digital art of architectural rendering, and remain there, actually; and, they may be licensed architects. The AIA's 2018 titles should distinguish such personnel from those who are simply unlicensed. In this instance, APWD aligned the job title with the "Designer A" survey position. Both "Architects" and "Architectural Designers" require a Bachelor's degree in Architecture; the professional society makes no distinction in their duties. Complicating the issue, architects do have another option for licensure that appears to satisfy every state jurisdiction, yet lacks the more rigorous evaluation and documented experience that an AIA license represents.

- **List of Participants**

**If there are any questions or perceived deficiencies, please call APWD: (803) 773-5886*




ALIEN PREVAILING WAGE DETERMINATION, INC.

63 Paisley Park
Sumter, South Carolina 29150
Telephone: 803-773-5886 Facsimile: 803-775-2963

DATE: March 14, 2018

REF: 818-1014

D.O.T. CODE DESIGNATION:

Identifying the proper survey classification and level of responsibility are the crucial parts of the prevailing wage determination process. If mishandled, the survey information provided will be inappropriate. Equivalent job titles are researched, the corresponding levels of responsibility are assessed, and stated job requirements are examined to ensure that they are not unfairly overstated or restrictive.

**D.O.T. Code # 001.061-010 - Architect.**

JOB TITLE: *Architectural Designer.*
O*NET/SOC: 17-1011 – *Architects, Except Landscape and Naval.*
LEVEL OF RESPONSIBILITY: Level I.

BACKGROUND INFORMATION

Approximately 113,000 architects are currently employed in the United States, 30% of whom are self employed. Licensure is not a requirement to work as an architect, but only a licensed architect may sign technical submissions from an architectural firm.

The area of intended employment is Boston, Massachusetts.

**SOURCE: "Dietrich Surveys: Dietrich Architectural Salary Survey"**
**-- 2018 data from Dietrich Surveys**

This survey complies fully with current Department of Labor guidelines and has long been cited for prevailing wage purposes.

**THE PREVAILING WAGE**
**IN BOSTON, MA,**
**BASED UPON THE MEDIAN BASE ANNUAL SALARY**
**OF ARCHITECTS FROM 3 FIRMS, IS:**
**$47,407 per year**

APWD

**THIS PREVAILING WAGE DATA IS VALID FOR 90 DAYS.**

SEAL

March 14, 2018

# DIETRICH 2018 ARCHITECTURAL SALARY SURVEY

***Data Effective January 1, 2018***




po box 218
perkasie, pa 18944
ph: 800.654.8258
fx: 215.258.1074
e-mail: sales@dietrichsurveys.com

ISSN 1553-1155
© MARCH 2018 • D. DIETRICH ASSOCIATES, INC.

PRICE: $325.00

## Preface

This *Dietrich 2018 Architectural Salary Survey* is the 40th annual edition, providing data for 43 job titles. The salary data contained in this report represent 67 firms and are effective January 1, 2018. Participating firms include 43 architectural firms, 13 arch./eng. firms, 4 consulting engineering firms, and 7 industrial and/or other sector firms.

Pages 20 through 63 provide detailed base salary and total compensation summaries for each job title with breakdowns by firm employment and revenue categories. Additionally, there are later sections that provide geographic salaries, salary ranges, overtime and bonus pay practices, and salary trends.

Our exclusive "Salary Comparisons of Firms in the Previous Two Years' Editions" on pages 14-19 show the actual salary movement within firms participating one and/or two years prior. The following table is a summary of the detail found on those pages.

**2018 Architectural Salary Movement Data***

| Movement Period | All Firms | Architectural | A/E & CE |
|---|---|---|---|
| One Year, from 1/1/17 | 3.6% | 4.4% | 1.8% |
| Two Years, from 1/1/16 | 5.7% | 5.9% | 6.3% |

* current participants also in past editions

The next table is a progression of the survey's "one-year salary movement" data.

| One-Year Movement | Survey Edition 2018 | 2017 | 2016 | 2015 |
|---|---|---|---|---|
| Architectural | 4.4% | 1.3% | 1.4% | 1.9% |
| A/E & C-E | 1.8% | 3.0% | 2.2% | 3.6% |

The survey's bonus figures (below and on page 139) show that, when comparing 2018 to 2017, more money is being awarded, on average, within a smaller percentage of participating firms than last edition.

**Bonus Comparison: 2018 To 2017**

| | | Dollar Amount | | Emp. Receiving | |
|---|---|---|---|---|---|
| Edition | % Giving | Average | Median | Average | Median |
| 2018 | 68% | $10,200 | $8,637 | 392 | 105 |
| 2017 | 79% | $9,119 | $7,570 | 226 | 126 |

Also significant, from page 136 in the salary trends section, are the following salary increase data:

| | Architectural Firms | | A/E & C-E Firms | |
|---|---|---|---|---|
| Salary Increases | Average | Median | Average | Median |
| 2017 Budget* | 3.7% | 4.0% | 3.3% | 3.0% |
| 2017 Actual | 4.7% | 4.7% | 3.5% | 3.3% |
| 2018 Budget | 4.2% | 4.0% | 3.3% | 3.2% |

* published in 2017 Survey

Currently 74% of participating firms anticipate hiring in the first half of 2018 – maintaining a level, at or above 70%, that was first attained (post-recession) in 2014. This is a 4% increase from 2017. Detailed hiring data and an accompanying chart are found on pages 139-140. The hiring rate for a Project Architect with 5 years' experience (pg. 142) is $65,104 in 'architectural' firms and $72,077 in 'A/E & consulting engineering' firms (both above last year). Also, recent college graduate hiring rates are reported on page 143.

Dietrich Surveys© publishes the following in addition to this report:

*Support Services Salary Survey**
*Construction Salary Survey*
*Drafting & Design Salary Survey*
*Engineering Salary Survey*
*Science & Lab Salary Survey*
*Engineering Executive Compensation Survey*
*reports architectural firm data

We welcome those of you who may have purchased this survey at the full, non-participant price to consider participating in next year's edition. In return for your participation, you will receive the survey at a substantial discount. To take advantage of this opportunity, please visit *www.dietrichsurveys.com* and enter your email address in the subscription box at the top-right of the page. You may then choose the email announcements you wish to receive and be alerted to survey openings as they occur.

Any reproduction, in any form, of the following report or any part thereof, without the prior expressed, written consent of D. Dietrich Associates Inc, is prohibited.

## Architectural Drafting and Design (cont.)



**Architectural Senior Drafter**
Prepares design development and construction documents with guidance from Job Captain, Project Architect, or Team Leader. Requires substantial design development and architectural drafting experience for a wide variety of projects. Requires minimum of 10 years' experience in drawing production or professional training with 8 years' experience. Experience also required in mechanical, electrical, and civil drafting. Should have substantial knowledge of production procedures for design development and construction documents; thorough knowledge of architectural planning, drafting, detailing, and building materials; working knowledge of site planning and civil, structural, mechanical, and acoustical engineering; general knowledge of building codes.

**Job Captain**
Provides coordination of drafting required to for bidding purposes and construction. May be called to work on multiple concurrent projects with primary concern for construction documents. Assists investigation and design of projects. Provides supervision and quality-control review of drafting group. Requires thorough knowledge of architectural drafting, detailing, building materials, building codes, and construction. General direction received from Project Manager, Team Leader, or Architect with deviations from standards referred to Supervisor.

**Junior Designer - A (0 to 3 years)**
Performs routine architectural design and provides office support for projects. Assists in preparation of design and construction documents, correcting and updating drawings.

**Junior Designer - B (3 to 5 years)**
Prepares design and construction documents. Requires general knowledge of design development and production of presentation and construction documents. Requires working knowledge of construction techniques and related engineering principles. Performs more complex projects than "Junior Designer – A" and assists in architectural problem solving as individual breadth of experience allows.

**Designer (5 to 10 years)**
Develops planning and creative-design concepts for projects. Requires substantial experience in architecture and engineering, specifically in planning and design. Prepares presentation and design drawings and details. Works independently on architectural design projects and will often-coordinate project drafting efforts.

**Project Designer (10 or more years)**
Develops solutions to client architectural complexities. Initiates and creates project designs and plans with responsibility for preparing presentation and design drawings. Requires extensive experience in all phases of architecture and engineering including substantial and varied experience in project planning and design. Coordinates all trades and agencies related to building design while monitoring drawings.

## Interior Design

**Interior Designer Apprentice**
Assists basic drawing preparation, model making, and assembly assignments. Requires basic graphic skills and design ability. Actively interested in interior design with some design/drafting experience beyond high school level.

**Interior Designer 1**
Degree in Interior Design with limited experience in professional office. Requires basic understanding of design and planning principles with ability to interpret and document design concepts and knowledge of drawing techniques and procedures with drafting ability.

**Interior Designer 2**
Degree in Interior Design with minimum 2 years' experience in professional office. Requires basic knowledge of programming and functional analysis as well as knowledge of space planning principles. Applies design principles in development and preparation of presentation drawings. Requires ability to interpret plans and specifications and knowledge of interior code requirements, construction administration procedures, and electrical/HVAC systems.

## Architectural Services



### Architect 1

Entry level of professional work requiring bachelor's degree in architecture and no experience, or degree equivalent education and experience. Works under close supervision; receives specific and detailed instructions regarding tasks and expected results. Performs elementary architectural assignments and works from designs of others, compiles data, performs elementary design computations, makes quantity takeoffs and prepares estimates, prepares architectural plans/renderings, and inspects architectural features of structures in field.

### Architect 2

Developmental level performs routine architectural assignments under direct supervision. Works from designs of others, compiles data, performs design computations, makes quantity takeoffs and prepares estimates, prepares architectural plans and renderings, consults manufacturers, evaluates materials, writes architectural specifications, and inspects architectural features of structures in the field. Limited judgment is required on work details when making preliminary selections and adaptations of alternatives. Assignments may include higher-level work for training/development purposes. Generally requires minimum of 1-year "Architect 1" or related experience, or an MS degree. Supervisor screens assignments for unusual or difficult problems and selects techniques/procedures for non-routine work. Receives close supervision on new aspects of assignments. Performs specific/limited portions of assignments suited to more experienced architects using prescribed methods.

### Architect 3

Independently evaluates, selects, and applies standard architectural techniques, procedures, and criteria using judgment for minor adaptations and modifications. Assignments have clear and specific objectives requiring investigation of limited set of variables. Generally requires minimum of 1-year "Architect 2" or related work experience. Receives instruction on specific assignment objectives, complex features, and possible solutions. Assistance is required on unusual problems and assignments reviewed for sound application of professional judgment. Performs architectural assignments with direction, not immediate supervision and with limited design responsibility. Recommends and selects procedures. Writes reports and specifications covering architectural matters. May be assisted by architects or technicians. May be responsible for phases of individual revenue-producing projects.

### Architect 4

Fully competent architect in all conventional aspects of architecture. Performs work requiring independent judgment in evaluation, selection, and substantial adaptation/modification of standard techniques, procedures, and criteria. Independently solves problems encountered. Generally requires minimum of 2 years' "Architect 3" or related experience. Registration as a licensed architect may be required. Performs architectural assignments under general supervision. Selects and determines procedures in architectural matters. Writes reports and specifications. Reviews completed reports, plans, estimates, and calculations. Prepares and/or supervises preparation of architectural plans and renderings, consults manufacturers, evaluates and selects materials, and inspects architectural features of structures in the field. Independently performs most assignments with instruction concerning general results expected. Receives technical guidance on unusual or complex issues and supervisory approval on proposed project plans. Supervises a few architects or technicians on assigned work.

### Architect 5

Applies sound and diverse knowledge of architectural principles and practices in broad array of assignments and related fields. Acts independently regarding architectural methods and complexities. Requires use of advanced techniques and modification/extension of theories, precepts, and practices of individual's field. Registration as licensed architect required in most firms. Supervision and guidance mainly concern overall objectives, critical issues, new concepts, and policy matters. Consults with supervisor regarding unusual complexities and developments. Performs more visible architectural work with responsibility for independent action and decision. Plans, directs, and supervises architectural aspects of report, design, or construction projects. Responsible for finished plans, specifications, or approval of materials and construction. Typical duties/responsibilities include one or more of following: 1) supervises, coordinates, and reviews work of small staff of architects and technicians, 2) as individual researcher or staff specialist, carries out complex or novel assignments requiring development of new or improved techniques and procedures.

## Glossary of Terminology

Data are solicited from a randomly selected sample of firms across the United States. A standardized questionnaire and generic position descriptions are provided to each participating firm. Data are collected annually during a six-week period surrounding the effective date of the survey with subsequent publication generally occurring within two months of that date. All data analyses provide the weighted average of salaries reported, as well as the median, and the majority list first quartile and third quartile of participating firms' average rates.

**Annual Base Salary** — refers to base pay per employee and excludes overtime, bonuses, and/or additional forms of compensation

**Total Compensation** — base pay plus bonus, incentive, and/or profit sharing compensation

**Total Earnings** — combination of base pay in base-pay-only firms and base plus bonus, incentive, and/or profit sharing in total-compensation firms

**Weighted Average** — where $w$ = no. employees, $x$ = average salary, and $\sum$ is "sum of": $\frac{\sum(w*x)}{\sum w}$

the aggregated total salaries of <u>each given job title</u>, across all companies in a given sample, is divided by the total number of workers employed at that job title, providing an accurate weighted average for each title.

**Median** — midpoint in a series (array) of data

**Salary Ranges** — job title's established structural ranges (if existing), or actual incumbents' salary spread where no formal structure exists

**1st Qtl** — first quartile or 25th percentile in a series (array) of data

**3rd Qtl** — third quartile or 75th percentile in a series (array) of data

**(Units)** — represents number of firm "units" reported; a unit is each location a firm provides data for

**Minimum** — lowest salary value in range of data reported by participants

**Maximum** — highest salary value in range of data reported by participants

## U.S. Regions: *Base Salary*

| Job Title | Central | | | Eastern | | | Mountain/Southwest | | | Southern | | | Western | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Wtd Avg (Emp) | Median (Units) | 1st Qtl 3rd Qtl | Wtd Avg (Emp) | Median (Units) | 1st Qtl 3rd Qtl | Wtd Avg (Emp) | Median (Units) | 1st Qtl 3rd Qtl | Wtd Avg (Emp) | Median (Units) | 1st Qtl 3rd Qtl | Wtd Avg (Emp) | Median (Units) | 1st Qtl 3rd Qtl |
| Architectural Drafter Apprentice | | | | | | | 36,347 (7) | 38.730 (3) | | | | | | | |
| Architecural Drafter 1 | | | | 48,945 (19) | 48,169 (6) | 40,352 51,546 | | | | | | | | | |
| Architecural Drafter 2 | 52,193 (7) | 51,940 (6) | 41,000 60,850 | 56,298 (24) | 58,290 (10) | 53,165 63,045 | 48,334 (4) | 50,590 (2) | | 41,886 (7) | 40,518 (5) | 35,850 46,800 | 47,682 (9) | 42,345 (5) | 37,440 46,656 |
| Architecural Drafter 3 | 49,266 (4) | 47,573 (4) | 41,600 60,320 | 62,939 (20) | 61,310 (12) | 50,523 69,888 | 54,646 (10) | 52,208 (6) | 38,258 68,758 | 50,107 (3) | 53,638 (2) | | 49,907 (3) | 53,000 (3) | |
| Architecural Senior Drafter | 74,567 (10) | 70,650 (8) | 61,100 93,000 | 68,697 (22) | 66,864 (10) | 64,600 74,235 | 63,630 (14) | 54,371 (8) | 44,304 82,035 | 59,698 (10) | 58,209 (3) | | 69,070 (3) | 66,248 (3) | |
| Architecural Job Captain | 72,628 (6) | 75,412 (4) | 62,473 93,000 | 76,482 (12) | 78,980 (6) | 52,550 88,000 | 72,206 (7) | 70,448 (2) | | 79,000 (2) | 79,000 (2) | | 67,682 (25) | 67,650 (9) | 59,000 72,500 |
| Architecural Junior Designer 'A' | 47,770 (19) | 47,682 (5) | 42,900 54,080 | 47,407 (4) | 41,500 (3) | | 46,599 (15) | 46,001 (5) | 30,396 59,856 | 45,720 (2) | 45,720 (2) | | 54,027 (6) | 56,160 (3) | |
| Architecural Junior Designer 'B' | 51,733 (23) | 51,834 (5) | 38,480 52,665 | 69,848 (8) | 65,354 (9) | 50,400 100,000 | 79,476 (17) | 52,000 (5) | 45,000 52,500 | | | | 69,636 (8) | 67,987 (4) | 55,016 75,000 |
| Architecural Designer | 65,256 (22) | 71,439 (10) | 53,144 90,522 | 90,131 (17) | 86,070 (11) | 65,461 100,000 | 80,662 (31) | 78,588 (10) | 64,147 88,392 | 77,437 (16) | 73,632 (10) | 57,408 100,000 | 87,431 (13) | 80,000 (7) | 59,333 102,000 |
| Architecural Project Designer | 100,602 (37) | 91,041 (8) | 70,000 125,000 | 117,685 (47) | 114,237 (18) | 90,611 140,333 | 115,072 (39) | 99,100 (12) | 87,500 150,000 | 99,056 (26) | 101,501 (10) | 78,926 127,500 | 119,843 (18) | 115,433 (7) | 75,000 130,875 |

## Participants

**Architectural (43 firms)**

Arkinetics
Baylis Architects
BRIC Architecture
Chapman Sisson Architects
Cort Architectural Group PA
DeForest Architects
Demetriou Architects
Desmone Architects
Flad Architects
GBD Architects
Gensler
Haag Muller
Hacker Architects
Hastings Architecture
Heights Venture Architects
Hennebery Eddy Architects
HOK
Holmes King Kallquist & Associates
Interwork Architects
JPC Architects
Lake Flato
LMN Architects
Mahlum Architects
McKinney York Architects
Mithun
Myhre Group Architects
Niles Bolton Associates
NoackLittle Architecture & Interiors
Opsis Architecture
Ottolino Winters Huebner
Populous
Rees Associates
Rice Fergus Miller
Robert A.M. Stern Architects
Scott|Edwards Architecture
SERA Architects
Soderstrom Architects
Steven Kratchman Architect, PC
Studio Hanson|Roberts
VIA Architecture
Weber Thompson
Williams Blackstock Architects
ZGF Architects LLP

**Architectural/Engineering (13 firms)**

Buchart Horn
Burgess & Niple
Dewberry
EYP Architects & Engineers
Ghafari Associates LLC
Gresham Smith & Partners
HDR
HNTB
IBI Group
Shive-Hattery
Stanley Consultants
Wendel
Wilson & Company, Eng. & Arch.

**Consulting Engineering (4 firms)**

Freese & Nichols
Greeley & Hansen
Olsson Associates
STANTEC

**Other (7 firms)**

California Pacific Homes
City & County of Denver, CO
Cornell University
The Irvine Company
Stanford University
Target
Westminster Communities of FL