UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LEERS WEINZAPFEL ASSOCIATES ARCHITECTS, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:18-cv-12428-MLW |
| KIRSTJEN M. NIELSEN, Secretary, U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. CITIZENSHIP AND IMMIGRATION SERVICES, and LAURA B. ZUCHOWSKI, Director, USCIS Vermont Service Center, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**ASSENTED-TO MOTION FOR A STAY OF ALL
DEADLINES IN LIGHT OF LAPSE OF APPROPRIATIONS**

The above-named defendants ("Defendants"), by and through their attorney, Andrew E. Lelling, United States Attorney for the District of Massachusetts, respectfully move for a stay of all deadlines in light of the lapse in appropriations and an extension of time until 14 days after Congress restores funding to the Department. In support of this motion, Defendants state as follows.

**LAPSE IN APPROPRIATIONS**

1.      At the end of the day on December 21, 2018, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The Department does not know when funding will be restored by Congress.

2.      Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

**PENDING DEADLINES**

3. By rule, unless the Court allows this motion, Defendant's answer or other response to the Complaint is due on Tuesday, January 22, 2019. *See* Fed. R. Civ. P. 12(a)(2).

**RELIEF REQUESTED**

4. Based on the lapse in appropriations and the prohibitory language in § 1342, Defendants request a stay of the above deadline, and any other deadline that might arise during the lapse in appropriations, and an extension of time to respond to the Complaint until 14 days after Congress restores funding to the Department.

5. Defendants state further that this matter may be rendered moot before the lapse in appropriation ends. Defendants have or soon will reopen Plaintiff's case, at the agency level, and will make a redetermination as to the relief Plaintiff has requested. If that redetermination results in an approval of the relief Plaintiff has requested, this litigation will be rendered moot. Thus, granting this motion will prejudice no party and may well preserve judicial resources.

6. Plaintiff's counsel has assented to the relief sought in this motion.

WHEREFORE, Defendants respectfully request a stay of the above deadline, and any other deadline that might arise during the lapse in appropriations, and an extension of time to respond to the Complaint until 14 days after Congress restores funding to the Department.

Dated: January 18, 2019

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By:  */s/ Jason C. Weida*
Jason C. Weida (BBO No. 663097)
Assistant U.S. Attorney
United States Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3180
Jason.Weida@usdoj.gov

## LOCAL RULE 7.1(a)(2) CERTIFICATION

I hereby certify that, by telephone on January 17, 2019, I conferred with Plaintiff's counsel, who assented to the relief sought in this motion.

*/s/ Jason C. Weida*
Jason C. Weida
Dated: January 18, 2019              Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants by First Class Mail.

*/s/ Jason C. Weida*
Jason C. Weida
Dated: January 18, 2019              Assistant U.S. Attorney